UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| In Re: ) | |
| ) | |
| NORBERT BERNHARD ROHE, and ) | Case No. 09-48164-705 |
| MARY MARGARET ROHE, ) | Judge Kathy A. Surratt-States |
| ) | Chapter 7 |
| Debtors. ) | |
| ) | |
| SUN SECURITY BANK, ) | **Adversary No. 10-4423-659** |
| ) | |
| ) | |
| Plaintiff, ) | **PUBLISHED** |
| ) | |
| -v- ) | |
| ) | |
| NORBERT BERNHARD ROHE, and ) | |
| MARY MARGARET ROHE, ) | |
| ) | |
| Defendants. ) | |

**O R D E R**

Upon consideration of the record as a whole, and consistent with the Findings of Fact and Conclusions of Law entered separately in this matter,

**IT IS ORDERED THAT** judgment is entered in favor of Defendants Norbert Bernhard Rohe and Mary Margaret Rohe and against Plaintiff Sun Security Bank in that the relief requested in the Complaint filed by Plaintiff Sun Security Bank is **DENIED** and Debtors' discharge entered on November 18, 2009 will not be revoked pursuant to Section 727(d)(1); and this is the final judgment and Order of this Court in this bankruptcy case.

_Kathy A. Surratt-States_
KATHY A. SURRATT-STATES
United States Bankruptcy Judge

DATED: October 18, 2011
St. Louis, Missouri

Copies to:

Office of the United States Trustee
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Suite 6.353
St. Louis, MO  63102

Marvin L Lindmark, III
SmithAmundsen, LLC
1475 Fairgrounds Road
Suite 102
St. Charles, MO 63301

Norbert and Mary Rohe
712 Jacobs Crossing
St. Charles, MO 63304

Sun Security Bank
4700 Mid Rivers Mall Dr.
St. Peters, MO 63376

Patrick M. Jones
SmithAmundsen, LLC
150 N. Michigan Ave., Suite 3300
Chicago, IL 60601

John C. Maxwell
1112 1st Capitol Drive, Suite B
St. Charles, MO 63301